# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS URENDA-BUSTOS, | Case No. 2:16-CV-2165 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Urenda-Bustos v. Williams et al*, case no. 2:16-cv-02165-JCM-NJK.

Plaintiff Luis Urenda-Bustos ("plaintiff") has filed two motions for reconsideration asking that the court reconsider its order closing this case for lack of personal service. (ECF Nos. 35, 37). The court has already denied plaintiff's first motion for reconsideration requesting similar relief. *See* (ECF No. 39).

Further, motions for reconsideration are disfavored and plaintiff fails to address the applicable standard for reconsideration. *See* Local Rule 59-1; *see also ESCO Corp. v. Cashman Equip. Co.*, 158 F. Supp. 3d 1051, 1076 (D. Nev. 2016). Therefore, the court will deny plaintiff's motions.

. . .

. .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS ORDERED THAT plaintiff's motions for reconsideration (ECF Nos. 35, 37) be, and the same hereby are, DENIED.

IT IS SO ORDERED.

DATED April 1, 2019.

_____
UNITED STATES DISTRICT JUDGE